JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR FLORES, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PASADENA, a Municipal Entity, CORPORAL SUSAN GOMEZ, OFFICER THOMAS BUTLER, OFFICER RAPHAEL SANTIAGO, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-03792-DDP-JCx<br><br>Honorable Dean D. Pregerson<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

    Before the Court is a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having read and considered the stipulation, and good cause appearing therefore, IT IS ORDERED as follows:

    All claims as against all parties in this action shall be and hereby are dismissed, with prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: January 2, 2020

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL